**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael R. STEIN, Defendant–Appellant.**

No. 06–30394.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 26, 2008 *.

Filed March 11, 2008.

Karen L. Loeffler, USAK—Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

Joe P. Josephson, Josephson and Associates, Anchorage, AK, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Michael R. Stein appeals from the district court's order denying his motion for a new trial based on newly-discovered evidence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We conclude that the district court did not abuse its discretion by denying the motion for a new trial because Stein has not shown that the evidence at issue was newly-discovered. *See United States v. Sarno,* 73 F.3d 1470, 1507 (9th Cir.1995). We also conclude that the district court did not err by denying Stein's motion prior to his filing of a reply, because under the District Court of Alaska's Local Criminal Rule 47.1(c), a reply is generally not permitted in criminal motion practice. *See Miranda v. S. Pac. Transp. Co.,* 710 F.2d 516, 521 (9th Cir.1983) (recognizing that

district courts have broad discretion in interpreting and applying their local rules).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

